# WEISBERG CUMMINGS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| LARRY A. WEISBERG<br>DERREK W. CUMMINGS*ˆ | 2704 COMMERCE DRIVE, SUITE B<br>HARRISBURG, PENNSYLVANIA 17110-9380 | STEVE T. MAHAN<br>STEPHEN P. GUNTHER |
| *CERTIFIED PUBLIC ACCOUNTANT<br>ˆMEMBER ARIZONA BAR | | PHONE: 717.238.5707<br>FAX:    717.233.8133 |

June 26, 2019

The Honorable Christopher C. Conner
United States District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

      RE:  *Orner v. Amazon.com.dedc, LLC*
             Civil Action No. 1:19-cv-00793

Dear Judge Conner:

     I am writing to advise you that the parties in this matter have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing said resolution. At this time parties are in agreement that the Court may process this case as settled and to that end, we respectfully request that the court issue an order dismissing the action without costs and without prejudice to the right of either party, upon good cause shown within ninety (90) days, to reinstate the action if settlement is not consummated.

     Should you have any questions, please contact me at (717) 238-5707.

               Sincerely,

               /s/ Steve T. Mahan

               Steve T. Mahan
               PA Bar ID # 313550

## **CERTIFICATE OF SERVICE**

    I, Steve T. Mahan, hereby certify that the foregoing has been filed electronically and is available for viewing and downloading through the Court's Electronic Case Filing (ECF) System. Upon the electronic filing of a pleading or other document, the Court's ECF System will automatically generate and send a Notice of Electronic Filing to all Filing Users associated with that case. Transmission of the Notice of Electronic Filing constitutes service of the filed document pursuant to Standing Order No. 05-6, ¶12.2.1.

                                                      Respectfully submitted,

                                                      Weisberg Cummings, P.C.

<u>June 26, 2019</u>                                        <u>/s/ Steve T. Mahan</u>
Date                                                Steve T. Mahan, Esq.
                                                        2704 Commerce Drive, Suite B
                                                        Harrisburg, PA 17110
                                                        (717) 238-5707
                                                        (717) 233-8133 (FAX)

                                                        *Attorneys for Plaintiff*